# United States Court of Appeals

### For the Eighth Circuit

_____

No. 18-2404

_____

LC Black

*Plaintiff - Appellant*

v.

Robert Wilkie[1], United States Department of Veterans Affairs

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: March 1, 2019
Filed: March 7, 2019
[Unpublished]

_____

Before LOKEN, COLLOTON, and KOBES, Circuit Judges.

_____

PER CURIAM.

_____

[1]Robert Wilkie has been appointed to serve as Secretary of Veterans Affairs, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

In this employment-discrimination case under the Age Discrimination in Employment Act and Title VII, LC Black appeals after the district court[2] granted summary judgment in favor of the Secretary of Veterans Affairs. Black contends that the district court erred in granting summary judgment on his discrimination and retaliation claims, arguing that he established pretext.

Upon careful de novo review, we conclude that the district court did not err in granting summary judgment. See Torgerson v. City of Rochester, 643 F.3d 1031, 1042 (8th Cir. 2011) (en banc) (standard of review). The summary judgment record supports the district court's conclusion that Black failed to show that the stated reason for his termination was pretextual. See McDonnell Douglas Corp. v. Green, 411 U.S. 792, 802-804 (1973) (burden-shifting framework).

Accordingly, we affirm the judgment. See 8th Cir. R. 47B.

_____

[2]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.